E-FILED
Friday, 14 August, 2015  04:13:20 PM
Clerk, U.S. District Court, ILCD

CD/IL PROB 12B
(Rev. 12/12)

# United States District Court
# for the
# CENTRAL DISTRICT OF ILLINOIS

### Request for Modifying the Conditions or Term of Supervision
### With Consent of the Offender

(Probation Form 49, Waiver of Hearing is Attached)

| | |
|---|---|
| NAME/ADDRESS OF OFFENDER | Charles A. Eldridge<br><br>Champaign, IL 61821 |
| CASE NUMBER | 12-CR-20078-007 |
| SENTENCING JUDICIAL OFFICER | Harold A. Baker<br>U.S. District Judge |
| DATE OF ORIGINAL SENTENCE | December 11, 2014 |
| ORIGINAL OFFENSE | Conspiracy to Manufacture Methamphetamine |
| ORIGINAL SENTENCE | Time Served, followed by 5 years of supervised release with the following special conditions; 1) Not use or possess any controlled substances, and participate in drug testing and treatment as directed; 2) Participate and successfully complete a cognitive based therapy program as directed; 3) Participate in a program of job training or employment counseling as directed.<br><br>April 15, 2015:  Special Condition No. 4 added; reside for 180 days in community confinement.  Special condition added due to the offender being unemployed, testing positive twice for methamphetamine and for failing to attend drug treatment classes as directed. |
| TYPE OF SUPERVISION | Term of Supervised Release |
| DATE SUPERVISION COMMENCED | December 11, 2014 |

**PETITIONING THE COURT**

☐ To extend the term of supervision for years, for a total term of years.

☒ To modify the conditions of supervision as follows:

SPECIAL CONDITION No. 4: The standard subsistence payment of 25%, required by the Community Confinement Center, is waived as ordered by the Judge.

Eldridge, Charles A.
Page 2

## CAUSE

The U. S. Probation Officer believes waiving the subsistence payment will aid offender Eldridge in securing his own residence in Champaign, Illinois.

Respectfully submitted,

s/Michael R. Bice
U.S. Probation Officer
August 14, 2015

MRB:mrb

THE COURT ORDERS:

☐ No Action.
☐ The Extension of Supervision as Noted Above.
☒ The Modification of Conditions as Noted Above.
☐ Other.

/s/ Harold A. Baker

———————————————————

Harold A. Baker
U.S. District Judge
Date: August 14, 2015