CD/IL PROB 12C
(Rev. 1/13)

# United States District Court
## for
## CENTRAL DISTRICT OF ILLINOIS

### Petition for Warrant or Summons for Offender Under Supervision

| NAME/ADDRESS OF OFFENDER | Charles A. Eldridge<br><br>Urbana, Illinois 61802 |
|---|---|
| CASE NUMBER | 12-cr-20078-007 |
| SENTENCING JUDICIAL OFFICER | Harold A. Baker<br>U.S. District Judge |
| ORIGINAL SENTENCE DATE | December 11, 2014 |
| ORIGINAL OFFENSE | Conspiracy to Manufacture Methamphetamine |
| ORIGINAL SENTENCE | Time Served and 5 years supervised release with special conditions: 1) Shall not purchase, possess, use, distribute, or administer any controlled substance or psychoactive substances, and participate in substance abuse testing and treatment; 2) Participate in a cognitive based therapy program; and 3) Participate in job training and employment counseling. |
| TYPE OF SUPERVISION | Term of Supervised Release |
| DATE SUPERVISION COMMENCED | December 11, 2014<br><br>April 15, 2015: Special Condition No. 4 added; reside for 180 days in community confinement due to the offender's unemployment status, possession and use of methamphetamine, failure to attend substance abuse treatment as directed, failure to attend a cognitive based therapy group, and failure to make payments on his special assessment.<br><br>August 14, 2015: Special Condition No. 4 was modified to waive the standard subsistence payment for community confinement to aid the offender in securing his own residence.<br><br>February 25, 2016: Special Condition No. 5 added; serve 60 days home confinement due to the offender failing to report for drug testing, failing to report to his probation officer, and moving without notifying his probation officer. |
| ASSISTANT U.S. ATTORNEY | Elly Peirson |
| DEFENSE ATTORNEY | Ronald Langacker |

Re: ELDRIDGE, Charles
Page 2

## PETITIONING THE COURT

☒ To issue a warrant
☐ To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| VIOLATION NUMBER | NATURE OF NONCOMPLIANCE |
|---|---|
| 1. | **LAW VIOLATION: POSSESSION OF A CONTROLLED SUBSTANCE—COCAINE** |

**MANDATORY CONDITION:** While on supervised release, the defendant shall not commit another federal, state, or local crime.

On or about November 9, 2017, offender Eldridge possessed and used amphetamine as determined by PharmChem, Fort Worth, Texas, after a sweat patch he submitted tested positive for amphetamine.

2. **LAW VIOLATION: POSSESSION OF CONTROLLED SUBSTANCE—CANNABIS**

**MANDATORY CONDITION:** While on supervised release, the defendant shall not commit another federal, state, or local crime.

A. On or about December 1, 2017, offender Eldridge possessed and used cannabis, as determined by PharmChem, Fort Worth, Texas, after a sweat patch he submitted tested positive for cannabis.

B. On or about December 12, 2017, offender Eldridge possessed and used cannabis, as determined by PharmChem, Fort Worth, Texas, after a sweat patch he submitted tested positive for cannabis.

C. On or about December 20, 2017, offender Eldridge possessed and used cannabis, as determined by PharmChem, Fort Worth, Texas, after a sweat patch he submitted tested positive for cannabis.

D. On or about December 28, 2017, offender Eldridge possessed and used cannabis, as determined by PharmChem, Fort Worth, Texas, after a sweat patch he submitted tested positive for cannabis.

Re: ELDRIDGE, Charles
Page 3

**U.S. Probation Officer Recommendation:**

☒ The term of supervision should be
   ☒ revoked
   ☐ extended for ___ years, for a total of ___ years.

☐ The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

s/Alex Morris

Alex Morris
U.S. Probation Officer
January 23, 2018

AM:am

**THE COURT ORDERS:**

☐ No action
☒ The issuance of a warrant
☐ The issuance of a summons
☐ Other: _____

s/HAROLD A. BAKER

Harold A. Baker
U.S. District Judge
Date:  1/24/2018