**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>)<br>CHARLES A. ELDRIDGE, )<br>)<br>Defendant. | No.  12-20078 |

## ORDER

On January 24, 2018, a petition for revocation [229] was filed and a warrant was issued for defendant's arrest. On January 29, 2018, defendant was arrested and was brought before the court for an initial appearance on January 29, 2018. Assistant U.S. Attorney Elham M. Peirson was present for the United States of America. Defendant requested court-appointed counsel, and the court appointed Donald Parkinson. Attorney Parkinson appeared on behalf of the defendant. Matter was called for an initial hearing, and there was probable cause to believe that a violation had occurred.

Fed. R. Crim. P. 32.1 provides, in part, "The judge may release or detain the person under 18 U.S.C. § 3143(a) pending further proceedings. The burden of establishing that the person will not flee or pose a danger to any other person or to the community rests with the person."

Defendant Charles A. Eldridge is placed on home confinement during the work week (Monday through Friday) and on alternating weekends when he is to report to work. On weekends that he does not report for work, he is ordered to surrender to the county jail designated by the United States Marshal Service, to be released in time to return to work on the next work day. He is to refrain from using any mood-altering chemicals between now and his return to the court on March 8, 2018. A final hearing on the revocation is set for March 8, 2018 at 10:00 a.m.

ENTERED this 29th day of January, 2018

/s/ Harold A. Baker
_____
HAROLD A. BAKER
UNITED STATES DISTRICT JUDGE